**No. 09-9076. Billy Terrell Adams, Petitioner v. Arkansas.**

559 U.S. 1021, 130 S. Ct. 1922, 176 L. Ed. 2d 392, 2010 U.S. LEXIS 2507.

March 22, 2010. Petition for writ of certiorari to the Supreme Court of Arkansas denied.

Same case below, 2009 Ark. 375, 326 S.W.3d 764.

**No. 09-9091. Tyrand James, Petitioner v. United States District Court for the Northern District of Ohio.**

559 U.S. 1022, 130 S. Ct. 1942, 176 L. Ed. 2d 392, 2010 U.S. LEXIS 2488.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-9094. Randy Alan Melton, Petitioner v. United States.**

559 U.S. 1022, 130 S. Ct. 1922, 176 L. Ed. 2d 392, 2010 U.S. LEXIS 2379.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 360 Fed. Appx. 479.

**No. 09-9097. Zantwan Worthy, Petitioner v. United States.**

559 U.S. 1022, 130 S. Ct. 1922, 176 L. Ed. 2d 392, 2010 U.S. LEXIS 2402.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 342 Fed. Appx. 877.

**No. 09-9098. Jaime Torres, Petitioner v. United States.**

559 U.S. 1022, 130 S. Ct. 1922, 176 L. Ed. 2d 392, 2010 U.S. LEXIS 2470.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 346 Fed. Appx. 983.

**No. 09-9099. Shawn Tull, Petitioner v. United States.**

559 U.S. 1022, 130 S. Ct. 1923, 176 L. Ed. 2d 392, 2010 U.S. LEXIS 2357.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 352 Fed. Appx. 127.

**No. 09-9103. Charles Harrison, Petitioner v. United States.**

559 U.S. 1022, 130 S. Ct. 1923, 176 L. Ed. 2d 392, 2010 U.S. LEXIS 2457.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 356 Fed. Appx. 423.

**No. 09-9104. Jimmie Vance Grubbs, Petitioner v. United States.**

559 U.S. 1022, 130 S. Ct. 1923, 176 L. Ed. 2d 392, 2010 U.S. LEXIS 2476.

March 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 585 F.3d 793.